UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

CORY MCDOUGAL,
    a/k/a Cory Haywood,

           Defendant.

_____/

Case No. 1:23-CR-148

Hon. Hala Y. Jarbou
Chief United States District Judge

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, by and through its attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Ronald M. Stella, Assistant United States Attorney, moves, pursuant to United States Sentencing Guidelines Section 5K1.1, for a downward departure for Cory McDougal based upon his substantial assistance to the government. In addition to the accompanying memorandum filed separately, the United States provides the following in support of its motion:

1. On, July 30, 2024, defendant entered his guilty plea to count 1 of a Superseding Indictment, charging him with conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349. Defendant pled guilty pursuant to a plea agreement containing a cooperation clause and a corresponding 5K1.1 and/or Rule 35 provision.

2. Defendant met with federal law enforcement and provided a detailed proffer interview. Defendant substantially assisted the United States in obtaining a guilty plea by Fatai Okunola.

3. The undersigned submitted defendant's cooperation to the United States Attorney's

Office's Departure Review Committee. The Departure Review Committee has authorized the undersigned counsel to file a downward departure motion.

4.  The Departure Review Committee is recommending a four-level downward departure for defendant given his truthful substantial assistance, as explained more fully in the United States' supporting memorandum.

                                                                       Respectfully submitted,

                                                                       MARK A. TOTTEN
                                                                       United States Attorney

Dated:  December 31, 2024                   */s/ Ronald M. Stella*
                                                                        RONALD M. STELLA
                                                                        Assistant United States Attorney
                                                                        P.O. Box 208
                                                                        Grand Rapids, MI 49501-0208
                                                                        (616) 456-2404